# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DONALD EUGENE COOKS,           )
                               )
　　　　　Plaintiff,            )
                               )
v.                             )   Case No. CIV-17-774-D
                               )
P.D. TAYLOR, et al.,           )
                               )
　　　　　Defendants.           )

## ORDER

Plaintiff, a state prisoner appearing pro se, brought this action pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. The matter was referred to United States Magistrate Judge Shon Erwin for initial proceedings under 28 U.S.C. § 636(b) and Rule 72(b), Federal Rules of Civil Procedure. On August 28, 2017, Judge Erwin issued a Report and Recommendation ("R&R" or "Report") [Doc. No. 7] in which he recommended that Plaintiff's action be dismissed without prejudice for failing to submit the necessary paperwork to prosecute his action.

In his Report, Judge Erwin notified Plaintiff of the right to object and directed that any objections be filed on or before September 14, 2017. Judge Erwin also advised Plaintiff that failing to object would result in waiver of the right to appellate review of the factual and legal issues addressed in the Report. The deadline for filing objections has passed, and Plaintiff has neither filed an objection nor requested an

extension of time to do so. Accordingly, the R&R is **ADOPTED** as though fully set forth herein.

**IT IS SO ORDERED** this **18th** day of September 2017.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE